**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  Lisa Lemans Coleman                              Case No.: 12-33166-KLP
                                                         Chapter 13
        Debtor(s)

**ORDER**

It appearing to the Court that causes exists to grant an Expedited Hearing requested by the Movant;

And deeming it proper so to do; it is

ORDERED that the Debtor's Motion for an Expedited Hearing is granted and was heard on Wednesday, February 4, 2015 at 10:30 a.m. at 701 East Broad Street, Courtroom 5100, Richmond, VA 23219.

Signed this _____ day of _____, 20__.

Feb 6 2015                    /s/ Keith L. Phillips
_____           United States Bankruptcy Judge

Entered on Docket: Feb 6 2015

I ASK FOR THIS:

/s/ Robert B. Duke Jr.
Robert B. Duke Jr., VSB#74070
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
804-308-0051 (ph)
Counsel for Debtor

SEEN AND AGREED:


/s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee

## LOCAL RULE 9022-1 (C) CERTIFICATION

COMES NOW the Debtor, by counsel and pursuant to Local Rule 9022-1(C)(1) advises the Court that the foregoing Order has been endorsed by all the necessary parties.

/s/ Robert B. Duke Jr.
Robert B. Duke Jr.

## LIST OF PARTIES TO
## RECEIVE NOTICE OF ENTRY OF ORDER

COMES NOW the Debtor, by counsel, and pursuant to local Rule 9022-1(B)(1) advises the Court that the following is a list of all parties to whom notice of the entry of order should be given, to-wit:

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093

Capital One, N.a.
Capital One Bank (USA) N.A.
P.O. Box 30285

Salt Lake City, UT 84130
Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Dell Financial Services
701 E. Barmer Lane
Building 2
Austin, TX 78753

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040

Essex Bank
c/o F. Byron Parker Jr., Esq.
Parker & McKakin Law Group
8100 Three Chopt Rd., Ste. 116

Richmond, VA 23229

Gemb/JC Penny
Attention: Bankruptcy
P.O. Box 103104
Roswell, GA 30076

Hsbc Bank
Attn: Bankruptcy
P.O. Box 5213
Carol Stream, IL 60197

Ic Systems Inc
P.O. Box 64378
St. Paul, MN 55164

Rbs Citizens Na
1000 Lafayette Blv
Bridgeport, CT 06604

Specialized Loan Servicing LLC
Attn: Bankruptcy
8742 Lucent Blvd. Suite 300
Highlands Ranch, CO 80129

West Asset
2703 North Highway 75
Sherman, TX 75090

Wfnnb/lane Bryant
P.O. Box 182789
Columbus, OH 43213

Wfnnb/lanebr
P.O. Box 182789
Columbus, OH 43213